125 WEST 45TH STREET RESTAURANT CORPORATION, Appellant, *v.* FRAMAX REALTY CORP., Defendant, and BARNET KLAR et al., Respondents.

Argued January 14, 1937; decided March 9, 1937.

*Joseph R. Apfel, Isadore Apfel* and *Abraham I. Last* for appellant.

*Samuel W. Dorfman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Dissenting: CRANE, Ch. J. Taking no part: FINCH, J.